# Exhibit A

*13563783*

**FILE BY FAX**

Attorney or Party without Attorney:
DAVID R. SIDRAN ESQ. Bar #121063
TOSCHI, SIDRAN, COLLINS & DOYLE
5145 JOHNSON DRIVE
PLEASANTON, CA 94588
Telephone No: 510-835-3400     FAX No: 510-835-7800

Ref. No. or File No.:
10146

Attorney for: Plaintiffs

Insert name of Court, and Judicial District and Branch Court:
ALAMEDA COUNTY SUPERIOR COURT

Plaintiff: ARIS RAMISH
Defendant: WALMART, INC., et al.

**For Court Use Only**

**FILED
ALAMEDA COUNTY**

OCT 04 2016

CLERK OF THE SUPERIOR COURT

By _____ Deputy

| PROOF OF SERVICE | Hearing Date:<br>Wed, Feb. 01, 2017 | Time:<br>9:30AM | Dept/Div:<br>9 | Case Number:<br>RG16831248 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the NOTICE OF CASE MANAGEMENT CONFERENCE AND ORDER; NOTICE OF ASSIGNMENT OF JUDGE FOR ALL PURPOSES

3. a. Party served:            OLIN CORP.
   b. Person served:         GLADYS AGUILERA, PROCESS SPECIALIST

4. Address where the party was served:     AGENT FOR SERVICE: CT CORPORATION SYSTEM
                                            818 WEST SEVENTH STREET
                                            SUITE 930
                                            LOS ANGELES, CA. 90017

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon., Sep. 26, 2016 (2) at: 2:10PM

7. Person Who Served Papers:                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. BRUCE ANDERSON                            d. The Fee for Service was:    $42.50



1280 BOULEVARD WAY #205
WALNUT CREEK, CA 94595
(925) 947-3470
FAX (925) 947-3480
WWW.ONEHOUR.NET

   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.:      2016038557
      (iii) County:              LOS ANGELES

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Tue, Sep. 27, 2016

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE                    BRUCE ANDERSON      5,6503/   toicds.52955

*13553827*

FILE BY FAX

*Attorney or Party without Attorney:*
DAVID R. SIDRAN ESQ. Bar #121065
TOSCHI, SIDRAN, COLLINS & DOYLE
5145 JOHNSON DRIVE
PLEASANTON, CA 94588
*Telephone No:* 510-835-3400    *FAX No:* 510-835-7800

*Attorney for:* Plaintiffs

*Ref. No. or File No.:*
10146

*Insert name of Court, and Judicial District and Branch Court:*
ALAMEDA COUNTY SUPERIOR COURT

*Plaintiff:* ARIS RAMISH
*Defendant:* WALMART, INC., et al.

| PROOF OF SERVICE | *Hearing Date:* Wed, Feb. 01, 2017 | *Time:* 9:30AM | *Dept/Div:* 9 | *Case Number:* RG16831248 |

*For Court Use Only*

FILED
ALAMEDA COUNTY

OCT 04 2016

CLERK OF THE SUPERIOR COURT
By _____ Deputy

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the -: NOTICE OF CASE MANAGEMENT CONFERENCE AND ORDER; NOTICE OF ASSIGNMENT OF JUDGE FOR ALL PURPOSES

3. a. *Party served:*                          WALMART, INC.
   b. *Person served:*                        GLADYS AGUILERA, PROCESS SPECIALIST

4. *Address where the party was served:*       AGENT FOR SERVICE: CT CORPORATION SYSTEM
                                               818 WEST SEVENTH STREET
                                               SUITE 930
                                               LOS ANGELES, CA 90017

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon., Sep., 26, 2016 (2) at: 2:10PM

7. *Person Who Served Papers:*                                 *Recoverable Cost Per CCP 1033.5(a)(4)(B)*
   a. BRUCE ANDERSON                          d. *The Fee for Service was:*   $85.00



1280 BOULEVARD WAY #205
WALNUT CREEK, CA 94595
(925) 947-3470
FAX (925) 942-3480
WWW.ONEHOUR.NET

   e. I am (3) registered California process server
      (i) Independent Contractor
      (ii) *Registration No.:*    2016038557
      (iii) *County:*             LOS ANGELES

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   *Date:* Tue, Sep. 27, 2016

*Judicial Council Form*
Rule 2.150.(a)&(b) Rev January 1, 2007        PROOF OF SERVICE        (BRUCE ANDERSON)        546204    *Jsticel.12556*

  

| | |
|---|---|
| *Attorney or Party without Attorney:*<br>DAVID R. SIDRAN ESQ, Bar #121063<br>TOSCHI, SIDRAN, COLLINS & DOYLE<br>5145 JOHNSON DRIVE<br>PLEASANTON, CA 94588<br>*Telephone No:* 510-835-3400   *Fax No:* 510-855-7800 | *For Court Use Only*<br>**FILED**<br>ALAMEDA COUNTY<br><br>OCT 0 4 2016 |
| *Ref. No. or File No.:* 10146 | CLERK OF THE SUPERIOR COURT |
| *Attorney for:* Plaintiffs | By |
| *Insert name of Court, and Judicial District and Branch Court:*<br>ALAMEDA COUNTY SUPERIOR COURT | Deputy |
| *Plaintiff:* ARIS RAMISH<br>*Defendant:* WALMART, INC., et.al. | |

**FILE BY FAX**

| PROOF OF SERVICE<br>SUMMONS | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>RG16831248 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS ON FIRST AMENDED COMPLAINT; FIRST AMENDED COMPLAINT; CIVIL CASE COVER SHEET; SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA ALTERNATIVE DISPUTE RESOLUTION (ADR) INFORMATION PACKET

3. a. *Party served:*      OLIN CORP.
   b. *Person served:*      AGENT FOR SERVICE: CT CORPORATION SYSTEM BY LEAVING WITH VIVIAN IMPERIAL, AUTHORIZED AGENT

4. *Address where the party was served:*      AGENT FOR SERVICE: CT CORPORATION SYSTEM
   818 WEST SEVENTH STREET
   SUITE 930
   LOS ANGELES, CA 90017

5. *I served the party:*
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party. (1) on: Fri., Sep. 23, 2016 (2) at: 12:50PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: OLIN CORP.
   Under CCP 416.10 (corporation).

7. *Person Who Served Papers:*
   a. BRUCE ANDERSON

   
   1280 BOULEVARD WAY #205
   WALNUT CREEK, CA 94595
   (925) 947-3470
   FAX (925) 947-3480
   WWW.ONEHOUR.NET

   *Recoverable Cost Per CCP 1033.5(a)(4)(B)*
   d. *The Fee for Service was:*      $42.50
   e. I am: (3) registered California process server
        (i) Independent Contractor
        (ii) *Registration No.:*    2016038557
        (iii) *County:*    LOS ANGELES

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

*Date:* Mon, Sep. 26, 2016

Judicial Council Form POS-010<br>Rule 2.150.(a)&(b) Rev January 1, 2007.

**PROOF OF SERVICE**<br>**SUMMONS**

(BRUCE ANDERSON)   248013   Jared:5269t

  

| | |
|---|---|
| Attorney or Party without Attorney: <br> DAVID R. SIDRAN ESQ. Bar #121063 <br> TOSCH, SIDRAN, COLLINS & DOYLE <br> 3145 JOHNSON DRIVE <br> PLEASANTON, CA. 94588 <br> Telephone No: 510-835-3600    FAX No: 510-835-7800 | For Court Use Only: <br><br> **FILED** <br> ALAMEDA COUNTY <br><br> OCT 04 2016 |
| Ref. No. or File No.: <br> 10146 | |
| Attorney for: Plaintiffs | |
| Insert name of Court, and Judicial District and Branch Court: <br> ALAMEDA COUNTY SUPERIOR COURT | CLERK OF THE SUPERIOR COURT <br> By _____ Deputy |
| Plaintiff: ARIS RAMISH <br> Defendant: WALMART, INC., et al. | |

| PROOF OF SERVICE <br> SUMMONS | Hearing Date: | Time: | Dept/Div: | Case Number: <br> RG16831248 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS; ON FIRST AMENDED COMPLAINT; FIRST AMENDED COMPLAINT; CIVIL CASE COVER SHEET; SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA ALTERNATIVE DISPUTE RESOLUTION (ADR) INFORMATION PACKET

3. a. Party served:      WAL-MART STORES, INC. <br>    b. Person served:      AGENT FOR SERVICE: CT CORPORATION SYSTEM BY LEAVING WITH <br>                          VIVIAN IMPERIAL, AUTHORIZED AGENT

4. Address where the party was served:      AGENT FOR SERVICE: CT CORPORATION SYSTEM <br>                                        818 WEST SEVENTH STREET <br>                                        SUITE 930 <br>                                        LOS ANGELES, CA  90017

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri., Sep. 23, 2016 (2) at: 12:50PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: WAL-MART STORES, INC.
   Under CCP 416.10 (corporation).

7. Person Who Served Papers:                          Recoverable Cost Per CCP 1033.5(a)(4)(B) <br>    a. BRUCE ANDERSON                           d. The Fee for Service was:    $42.50



            1280 BOULEVARD WAY #205          e. I am: (3) registered California process server <br>             WALNUT CREEK, CA 94595 <br>             (925) 947-3470                              (i) Independent Contractor. <br>             FAX (925) 947-3480                       (ii) Registration No.:    2016038557 <br>             WWW.ONEHOUR.NET                       (iii) County:            LOS ANGELES

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Mon, Sep. 26, 2016.

_____ <br> BRUCE ANDERSON

| Judicial Council Form POS-010 <br> Rule 2.150(a)&(b) Rev January 1, 2007. | PROOF OF SERVICE <br> SUMMONS | 341021 / joseph.53892 |
|---|---|---|





**FILE BY FAX**

| | |
|---|---|
| *Attorney or Party without Attorney:*<br>DAVID R. SIDRAN ESQ. Bar #121063<br>TOSCHI, SIDRAN, COLLINS & DOYLE<br>5145 JOHNSON DRIVE<br>PLEASANTON, CA 94588<br>*Telephone No:* 510-835-3400   *FAX No:* 510-835-7800 | *For Court Use Only:*<br><br>**FILED**<br>ALAMEDA COUNTY<br><br>OCT 0 4 2016<br><br>CLERK OF THE SUPERIOR COURT<br>By_____ Deputy |

| | | *Ref. No. or File No.:* |
|---|---|---|
| *Attorney for:* Plaintiffs | | 10146 |

*Insert name of Court, and Judicial District and Branch Court:*

ALAMEDA COUNTY SUPERIOR COURT

*Plaintiff:* ARIS TAMISH

*Defendant:* WALMART, INC., et al.

| **PROOF OF SERVICE** | *Hearing Date:*<br>Wed, Feb. 01, 2017 | *Time:*<br>9:30AM | *Dept/Div:*<br>9 | *Case Number:*<br>RG16831248 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the: NOTICE OF CASE MANAGEMENT CONFERENCE AND ORDER; NOTICE OF ASSIGNMENT OF JUDGE FOR ALL PURPOSES

3. a. *Party served:*      WAL-MART STORES, INC.
   b. *Person served:*      GLADYS AGUILERA, PROCESS SPECIALIST

4. *Address where the party was served:*      AGENT FOR SERVICE: CT CORPORATION SYSTEM<br>     818 WEST SEVENTH STREET<br>     SUITE 930<br>     LOS ANGELES, CA 90017

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon., Sep. 26, 2016 (2) at: 2:10PM.

7. *Person Who Served Papers:*      *Recoverable Cost Per CCP 1033.5(a)(4)(B)*
   a. BRUCE ANDERSON      d. *The Fee for Service was:*    $42.50



1280 BOULEVARD WAY #205<br>
WALNUT CREEK, CA 94595<br>
(925) 947-3470<br>
FAX (925) 947-3480<br>
WWW.ONEHOUR.NET

     e. I am (3). registered California process server.
         (i)   Independent Contractor.
         (ii)  *Registration No.:*    2016038557
         (iii) *County:*      LOS ANGELES

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Tue, Sep. 27, 2016

(BRUCE ANDERSON)

  

*13553772*

| | |
|---|---|
| **Attorney or Party without Attorney:**<br>DAVID R. SIDRAN ESQ, Bar #121063<br>TOSCHI, SIDRAN, COLLINS & DOYLE<br>5145 JOHNSON DRIVE<br>PLEASANTON, CA 94588<br>Telephone No: 510-835-3400      FAX No: 510-835-7800; | **For Court Use Only**<br><br>**FILED**<br>**ALAMEDA COUNTY**<br><br>*OCT 0 4 2016* |
| Attorney for: Plaintiffs | Ref. No. or File No.:<br>10146 |
| **Insert name of Court, and Judicial District and Branch Court:**<br>ALAMEDA COUNTY SUPERIOR COURT | CLERK OF THE SUPERIOR COURT<br>By_____<br>                                    Deputy |

FILE BY FAX

Plaintiff: ARIS RAMISH
Defendant: WALMART, INC., et al.

| PROOF OF SERVICE<br>SUMMONS | Hearing Date: | Time: | Dept/Div: | Case Number:<br>RG16831248 |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS; ON FIRST AMENDED COMPLAINT; FIRST AMENDED COMPLAINT; CIVIL CASE COVER SHEET; SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA ALTERNATIVE DISPUTE RESOLUTION (ADR) INFORMATION PACKET

3. a: Party served:           WALMART, INC.
   b: Person served:          AGENT FOR SERVICE, CT CORPORATION SYSTEM BY LEAVING WITH
                              VIVIAN IMPERIAL, AUTHORIZED AGENT

4. *Address where the party was served:*     AGENT FOR SERVICE, CT CORPORATION SYSTEM
                                             818 WEST SEVENTH STREET
                                             SUITE 930
                                             LOS ANGELES, CA, 90017

5. *I served the party:*
   a: by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive
   process for the party (1) on: Fri., Sep. 23, 2016 (2) at: 12:50PM

6. The *"Notice to the Person Served" (on the Summons) was completed as follows:*
   on behalf of: WALMART, INC.
   Under CCP 416.10 (corporation)

7. *Person Who Served Papers:*                        Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. BRUCE ANDERSON                    d. The Fee for Service was:     $85.00
                                        e. I am: (3) registered California process server
   1200 BOULEVARD WAY #205          (i). Independent Contractor
   WALNUT CREEK, CA 94595          (ii). Registration No.:     2016038557
   (925) 947-3470                  (iii). County:              LOS ANGELES
   FAX (925) 947-3480
   WWW.ONEHOUR.NET

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   *Date: Mon, Sep 26, 2016*

   Judicial Council Form POS-010                        PROOF OF SERVICE                    (BRUCE ANDERSON)
   Rule 2.150.(a)&(b) Rev January 1, 2007               SUMMONS                          146020.  toschi.52891

  

*14851180*

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

Walmart, Inc.; Winchester Repeating Arms Company; Olin Corp.;
Wal-Mart Stores, Inc.

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

Aris Ramish



FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

FILED
ALAMEDA COUNTY

SEP 2 1 2016

CLERK OF THE SUPERIOR COURT
By _____
C. OLVER, Deputy

---

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| The name and address of the court is:<br>*(El nombre y dirección de la corte es):* Alameda Superior Court<br><br>1225 Fallon Street Oakland, CA 94612 | CASE NUMBER:<br>*(Número del caso):*<br><br>RG16831248 |
|---|---|

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

David R. Sidran (SBN 121063) 5145 Johnson Drive Pleasanton CA 94588 (510) 835-3400

| DATE:<br>*(Fecha)* SEP 2 1 2016 | Clerk, by<br>*(Secretario)* _____ | , Deputy<br>*(Adjunto)* |
|---|---|---|

Chad Finke

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)      ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)

   ☐ other *(specify):*

4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov




PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| David R. Sidran (SBN 121063)<br>Toschi Sidran Collins & Doyle, APC<br>5145 Johnson Drive<br>Pleasanton, CA 94588<br>TELEPHONE NO.: (510) 835-3400   FAX NO. *(Optional):* (510) 835-7800<br>E-MAIL ADDRESS *(Optional):* dsidran@toschisidran.com<br>ATTORNEY FOR *(Name):* Plaintiff, Aris Ramish | **FILED**<br>**ALAMEDA COUNTY**<br>SEP 2 1 2016<br>CLERK OF THE SUPERIOR COURT<br>By Alameda CA<br>OLIVER, Deputy |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF   Alameda

STREET ADDRESS: 1225 Fallon Street
MAILING ADDRESS: 1225 Fallon Street
CITY AND ZIP CODE: Oakland, CA 94612
BRANCH NAME: Rene C. Davidson Alameda County Courthouse

PLAINTIFF: Aris Ramish

DEFENDANT: Walmart, Inc.; Winchester Repeating Arms Company;
Olin Corp.; Wal-Mart Stores, Inc.

[✓] DOES 1 TO  50

COMPLAINT—Personal Injury, Property Damage, Wrongful Death
[✓] AMENDED *(Number):* One
Type *(check all that apply):*
[ ] MOTOR VEHICLE    [ ] OTHER *(specify):*
  [ ] Property Damage    [ ] Wrongful Death
  [✓] Personal Injury    [ ] Other Damages *(specify):*

Jurisdiction *(check all that apply):*
[ ] ACTION IS A LIMITED CIVIL CASE
  Amount demanded    [ ] does not exceed $10,000
            [ ] exceeds $10,000, but does not exceed $25,000
[✓] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint
  [ ] from limited to unlimited
  [ ] from unlimited to limited

CASE NUMBER:
RG16831248

1. Plaintiff *(name or names):* Aris Ramish
   alleges causes of action against defendant *(name or names):*
   Walmart, Inc.; Winchester Repeating Arms Company; Olin Corporation; Wal-Mart Stores, Inc.

2. This pleading, including attachments and exhibits, consists of the following number of pages: 4

3. Each plaintiff named above is a competent adult
   a. [ ] except plaintiff *(name):*
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe):*
      (3) [ ] a public entity *(describe):*
      (4) [ ] a minor   [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify):*
      (5) [ ] other *(specify):*
   b. [ ] except plaintiff *(name):*
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe):*
      (3) [ ] a public entity *(describe):*
      (4) [ ] a minor   [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify):*
      (5) [ ] other *(specify):*

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property
Damage, Wrongful Death**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

BY FAX

 

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Ramish v. Walmart | RG16831248 |

4. ☐ Plaintiff (name):
is doing business under the fictitious name (specify):

and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☑ except defendant (name): Walmart, Inc.
      (1) ☑ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   c. ☑ except defendant (name): Olin Corporation
      (1) ☑ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   b. ☑ except defendant (name): Winchester
      (1) ☑ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   d. ☑ except defendant (name): Wal-Mart Stores, Inc.
      (1) ☑ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☑ Doe defendants (specify Doe numbers): 1-10                    were the agents or employees of other
      named defendants and acted within the scope of that agency or employment.
   b. ☑ Doe defendants (specify Doe numbers): 11-50                  are persons whose capacities are unknown to
      plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
   a. ☑ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☐ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other (specify):

9. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☐ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because (specify):

COMPLAINT—Personal Injury, Property
Damage, Wrongful Death

 

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Ramish v. Walmart | RG16831248 |

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
  a. ☐ Motor Vehicle
  b. ☐ General Negligence
  c. ☐ Intentional Tort
  d. ☑ Products Liability
  e. ☐ Premises Liability
  f. ☐ Other *(specify)*:

11. Plaintiff has suffered
  a. ☑ wage loss
  b. ☐ loss of use of property
  c. ☑ hospital and medical expenses
  d. ☑ general damage
  e. ☐ property damage
  f. ☑ loss of earning capacity
  g. ☐ other damage *(specify)*:

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
  a. ☐ listed in Attachment 12.
  b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
  a. (1) ☑ compensatory damages
     (2) ☐ punitive damages
     The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:
     (1) ☑ according to proof
     (2) ☐ in the amount of: $

15. ☑ The paragraphs of this complaint alleged on information and belief are as follows: *(specify paragraph numbers)*:
     1, 5, 6, 8, Prod L-4

Date: September 21, 2016

David R. Sidran
_____
(TYPE OR PRINT NAME)          (SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007]      **COMPLAINT—Personal Injury, Property Damage, Wrongful Death**      Page 3 of 3

 

PLD-PI-001(5)

| SHORT TITLE: Ramish v. Walmart | CASE NUMBER: |
|---|---|

1st _(number)_     **CAUSE OF ACTION—Products Liability**    Page   4

ATTACHMENT TO   ☑ Complaint    ☐ Cross - Complaint
_(Use a separate cause of action form for each cause of action.)_

Plaintiff _(name):_ Aris Ramish

Prod. L-1. On or about _(date):_ 11/19/14        plaintiff was injured by the following product:

Winchester Super X shotgun ammunition. On said date, Plaintiff was hunting using said product. The shotgun barrel exploded while using said product. The barrel explosion was caused by this defective product obstructing teh shotgun barrel. Plaintiff suffered serious injuries as a result.

Prod. L-2. Each of the defendants knew the product would be purchased and used without inspection for defects. The product was defective when it left the control of each defendant. The product at the time of injury was being
   ☑ used in the manner intended by the defendants.
   ☐ used in the manner that was reasonably foreseeable by defendants as involving a substantial danger not readily apparent. Adequate warnings of the danger were not given.

Prod. L-3. Plaintiff was a
   ☐ purchaser of the product.       ☑ user of the product.
   ☐ bystander to the use of the product.    ☑ other _(specify):_

PLAINTIFF'S INJURY WAS THE LEGAL (PROXIMATE) RESULT OF THE FOLLOWING:

Prod. L-4. ☑ **Count One—Strict liability** of the following defendants who
   a. ☑ manufactured or assembled the product _(names):_
     Winchester Repeating Arms Co.; Olin Corp.

       ☑ Does 11   to 30

   b. ☑ designed and manufactured component parts supplied to the manufacturer _(names):_
     Winchester Repeating Arms Co.; Olin Corp.

       ☑ Does 31   to 40

   c. ☑ sold the product to the public _(names):_
     Walmart, Inc.; Wal-Mart Stores, Inc.

       ☑ Does 41   to 50

Prod. L-5. ☐ **Count Two—Negligence** of the following defendants who owed a duty to plaintiff _(names):_

       ☐ Does _____ to _____

Prod. L-6. ☑ **Count Three—Breach of warranty** by the following defendants _(names):_
     Winchester Repeating Arms Co.; Olin Corp.; Walmart, Inc.; Wal-Mart Stores, Inc.
       ☑ Does 11   to 50
   a. ☑ who breached an implied warranty
   b. ☐ who breached an express warranty which was
     ☐ written    ☐ oral

Prod. L-7. ☐ The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
     ☐ listed in Attachment-Prod. L-7 ☐ as follows:

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(5) [Rev. January 1, 2007]

**CAUSE OF ACTION—Products Liability**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

*Superior Court of California, County of Alameda*



*Notice of Assignment of Judge for All Purposes*

Case Number: RG16831248
Case Title:   Ramish VS Walmart, Inc.
Date of Filing: 09/15/2016

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Rule 3.734 of the California Rules of Court and Title 3 Chapter 2 of the Local Rules of the Superior Court of California, County of Alameda, this action is hereby assigned by the Presiding Judge for all purposes to:

| | |
|---|---|
| Judge: | Julia Spain |
| Department: | 19 |
| Address: | Administration Building |
| | 1221 Oak Street |
| | Oakland  CA  94612 |
| Phone Number: | (510) 267-6935 |
| Fax Number: | |
| Email Address: | Dept.19@alameda.courts.ca.gov |

Under direct calendaring, this case is assigned to a single judge for all purposes including trial.

Please note: In this case, any challenge pursuant to Code of Civil Procedure section 170.6 must be exercised within the time period provided by law. (See Code Civ. Proc. §§ 170.6, subd. (a)(2) and 1013.)

NOTICE OF NONAVAILABILITY OF COURT REPORTERS: Effective June 4, 2012, the court will not provide a court reporter for civil law and motion hearings, any other hearing or trial in civil departments, or any afternoon hearing in Department 201 (probate). Parties may arrange and pay for the attendance of a certified shorthand reporter. In limited jurisdiction cases, parties may request electronic recording.

Amended Local Rule 3.95 states: "Except as otherwise required by law, in general civil case and probate departments, the services of an official court reporter are not normally available. For civil trials, each party must serve and file a statement before the trial date indicating whether the party requests the presence of an official court reporter."

Counsel(s) are expected to be familiar with the Statement of Professionalism and Civility, Alameda County Bar Association (www.acbanet.org).

IT IS THE DUTY OF EACH PLAINTIFF AND CROSS COMPLAINANT TO SERVE A COPY

OF THIS NOTICE IN ACCORDANCE WITH LOCAL RULES.

General Procedures

Following assignment of a civil case to a specific department, all pleadings, papers, forms, documents and writings can be submitted for filing at either Civil Clerk's Office, located at the René C. Davidson Courthouse, Room 109, 1225 Fallon Street, Oakland, California, 94612, George E. McDonald Hall of Justice, 2233 Shoreline Drive, Alameda, California, 94501 and the Hayward Hall of Justice, 24405 Amador Street, Hayward, California, 94544. All documents, with the exception of the original summons and the original civil complaint, shall have clearly typed on the face page of each document, under the case number, the following:

ASSIGNED FOR ALL PURPOSES TO<br>
JUDGE Julia Spain<br>
DEPARTMENT 19

All parties are expected to know and comply with the Local Rules of this Court, which are available on the Court's website at: http://www.alameda.courts.ca.gov/Pages.aspx/Local-Rules(1) and with the California Rules of Court, which are available at www.courtinfo.ca.gov.

Parties must meet and confer to discuss the effective use of mediation or other alternative dispute processes (ADR) prior to the Initial Case Management Conference. The court encourages parties to file a "Stipulation to Attend ADR and Delay Initial Case Management Conference for 90 Days". Plaintiff received that form in the ADR information package at the time the complaint was filed. The court's Web site also contains this form and other ADR information. If the parties do not stipulate to attend ADR, the parties must be prepared to discuss referral to ADR at the Initial Case Management Conference.

Appearances by attorneys not counsel of record are not permitted except for good cause shown. (Non-emergency scheduling conflicts are not good cause). Any appearing counsel must have full authority to make decisions on a case.

All references to counsel apply equally to self-represented parties and all must comply with all the rules cited in this Notice. Parties are reminded that the dept. clerk is prohibited from giving legal advice. Self-represented parties are encouraged to use the Self-Help Center at the Rene C. Davidson Courthouse, 1225 Fallon St., 2nd Fl., Oakland and at the Hayward Hall of Justice, 24405 Amador St., Hayward.

Email is the best method of communicating with court staff. Email address for counsel or self-represented litigants must be listed in the caption of all filed papers, as required by CRC 2.111(1). All email communications must be copied to all parties for whom an email address is available. Pleadings/documents shall not be transmitted via email.

Schedule for Department 19

The following scheduling information is subject to change at any time, without notice. Please contact the department at the phone number or email address noted above if you have questions.

- Trials generally are held: Mondays, Tuesdays, Thursdays and Fridays, beginning at 9:30 a.m.

- Trial Readiness Conferences are held 2 weeks prior to trial date. Compliance with Local Rule 3.35 and personal appearance of trial counsel is required:

- Case Management Conferences are held:  Wednesdays at 9:30 a.m. Timely filed and complete CMC Statements with courtesy copy to Dept. 19 are required.  The court will usually publish a Tentative Case Management Order.  Check DOMAIN to see if Order waives CMC appearance.

- Law and Motion matters are heard:  Wednesdays and Thursdays at 2:00 p.m.; Litigants must contact the dept. clerk to reserve a date before filing any law and motion matter. See further procedures below.

- Settlement Conferences are heard:  Court resources are limited. Counsel are encouraged to consider alternative dispute resolution. Conferences will be specially set as appropriate.

- Ex Parte matters are heard:  On written applications only on Mondays - Thursdays. Email Dept. 19 to request date.  Moving party must give 48 hours prior notice to opponent advising written opposition must be filed and courtesy copy delivered to Dept. 19 within 24 hours.

- Check Domain, Dept. 19 webpage, click on "List of Documents" for other useful materials.

- DISCOVERY DISPUTES: Parties must exhaust Meet and Confer requirements before contacting the court for a hearing date.  No Motion to Compel Discovery will be scheduled until after the parties complete an informal discovery resolution process thru the court.   Email the dept. for a date and further details before preparing any Motion to Compel.

<u>Law and Motion Procedures</u>

To obtain a hearing date for a Law and Motion or ex parte matter, parties must contact the department as follows:

- Motion Reservations
    Email:       Dept.19@alameda.courts.ca.gov

    Please provide: 1) Name of case; 2) Case number; 3) Title of motion; 4) Moving party; 5) Name of Responding Party's Counsel and email address.

- Ex Parte Matters
    Email:       Dept.19@alameda.courts.ca.gov

<u>Tentative Rulings</u>

The court may issue tentative rulings in accordance with the Local Rules.  Tentative rulings will become the Court's order unless contested in accordance with the Local Rules. Tentative rulings will be available at:

- Website:  www.alameda.courts.ca.gov/domainweb, Calendar Information for Dept. 19

- Phone:  1-866-223-2244

Dated:  09/16/2016

_____
Presiding Judge,
Superior Court of California, County of Alameda

---

**CLERK'S CERTIFICATE OF MAILING**

I certify that the following is true and correct:  I am the clerk of the above-named court and not a party to this cause.  I served this Notice by placing copies in envelopes addressed as shown on the attached Notice of Initial Case Management Conference and then by sealing and placing them for collection, stamping or metering with prepaid postage, and mailing on the date stated below, in the United States mail at Alameda County, California, following standard court practices.

Executed on 09/19/2016

By  _____
Deputy Clerk

Page 4 of 4

  

*14848316*

CM-010

**BY FAX**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*
David R. Sidran (SBN 121063)
Toschi Sidran Collins Doyle
5145 Johnson Drive
Pleasanton, CA 94588
TELEPHONE NO: (510) 835-3400   FAX NO: (510) 835-7800
ATTORNEY FOR *(Name):* Plaintiff, Aris Ramish

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  Alameda
STREET ADDRESS: 1225 Fallon Street
MAILING ADDRESS: 1225 Fallon Street
CITY AND ZIP CODE: Oakland, CA 94612
BRANCH NAME: Rene C. Davidson Alameda County Courthouse

**FOR COURT USE ONLY**

F I L E D
ALAMEDA COUNTY

SEP 15 2016

CLERK OR THE SUPERIOR COURT
By _____
Deputy

CASE NAME:
Ramish v. Walmart, Inc., Winchester Repeating Arms Co

| CIVIL CASE COVER SHEET | | Complex Case Designation | CASE NUMBER: |
|---|---|---|---|
| ☑ Unlimited (Amount demanded exceeds $25,000) | ☐ Limited (Amount demanded is $25,000 or less) | ☐ Counter   ☐ Joinder  Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | RG16831248 |
| | | | JUDGE: |
| | | | DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
☐ Auto (22)
☐ Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
☐ Asbestos (04)
☑ Product liability (24)
☐ Medical malpractice (45)
☐ Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
☐ Business tort/unfair business practice (07)
☐ Civil rights (08)
☐ Defamation (13)
☐ Fraud (16)
☐ Intellectual property (19)
☐ Professional negligence (25)
☐ Other non-PI/PD/WD tort (35)

**Employment**
☐ Wrongful termination (36)
☐ Other employment (15)

**Contract**
☐ Breach of contract/warranty (06)
☐ Rule 3.740 collections (09)
☐ Other collections (09)
☐ Insurance coverage (18)
☐ Other contract (37)

**Real Property**
☐ Eminent domain/inverse condemnation (14)
☐ Wrongful eviction (33)
☐ Other real property (26)

**Unlawful Detainer**
☐ Commercial (31)
☐ Residential (32)
☐ Drugs (38)

**Judicial Review**
☐ Asset forfeiture (05)
☐ Petition re: arbitration award (11)
☐ Writ of mandate (02)
☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
☐ Antitrust/Trade regulation (03)
☐ Construction defect (10)
☐ Mass tort (40)
☐ Securities litigation (28)
☐ Environmental/Toxic tort (30)
☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
☐ Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
☐ RICO (27)
☐ Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
☐ Partnership and corporate governance (21)
☐ Other petition *(not specified above)* (43)

2. This case ☐ is ☑ is not  complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☐ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. ☑ monetary   b. ☐ nonmonetary; declaratory or injunctive relief   c. ☐ punitive
4. Number of causes of action *(specify):* 1
5. This case ☐ is ☑ is not  a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: September 14, 2016
David R. Sidran
_____(TYPE OR PRINT NAME)_____   _____(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)_____

**NOTICE**
• Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
• File this cover sheet in addition to any cover sheet required by local court rule.
• If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
• Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courtinfo.ca.gov
American LegalNet, Inc.
www.FormsWorkflow.com

Page 1 of 2

 

**CM-010**

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you must complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check one box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the primary cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
Asbestos (04)
    Asbestos Property Damage
    Asbestos Personal Injury/ Wrongful Death
Product Liability *(not asbestos or toxic/environmental)* (24)
Medical Malpractice (45)
    Medical Malpractice– Physicians & Surgeons
    Other Professional Health Care Malpractice
Other PI/PD/WD (23)
    Premises Liability (e.g., slip and fall)
    Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
    Intentional Infliction of Emotional Distress
    Negligent Infliction of Emotional Distress
    Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
    Legal Malpractice
    Other Professional Malpractice *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
    Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
    Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
    Negligent Breach of Contract/ Warranty
    Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
    Collection Case–Seller Plaintiff
    Other Promissory Note/Collections Case
Insurance Coverage *(not provisionally complex)* (18)
    Auto Subrogation
    Other Coverage
Other Contract (37)
    Contractual Fraud
    Other Contract Dispute

**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
    Writ of Possession of Real Property
    Mortgage Foreclosure
    Quiet Title
    Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
    Writ–Administrative Mandamus
    Writ–Mandamus on Limited Court Case Matter
    Writ–Other Limited Court Case Review
Other Judicial Review (39)
    Review of Health Officer Order
    Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
    Abstract of Judgment (Out of County)
    Confession of Judgment *(non-domestic relations)*
    Sister State Judgment
    Administrative Agency Award *(not unpaid taxes)*
    Petition/Certification of Entry of Judgment on Unpaid Taxes
    Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified above)* (42)
    Declaratory Relief Only
    Injunctive Relief Only *(non-harassment)*
    Mechanics Lien
    Other Commercial Complaint Case *(non-tort/non-complex)*
    Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition *(not specified above)* (43)
    Civil Harassment
    Workplace Violence
    Elder/Dependent Adult Abuse
    Election Contest
    Petition for Name Change
    Petition for Relief From Late Claim
    Other Civil Petition





**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)



**F I L E D**
ALAMEDA COUNTY

SEP 15 2016

CLERK OF THE SUPERIOR COURT
By_____ Deputy

**NOTICE TO DEFENDANT:**
**(AVISO AL DEMANDADO):**

Walmart, Inc., Winchester Repeating Arms Company

**YOU ARE BEING SUED BY PLAINTIFF:**
**(LO ESTÁ DEMANDANDO EL DEMANDANTE):**

Aris Ramish

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

| | |
|---|---|
| The name and address of the court is: <br> (El nombre y dirección de la corte es): Alameda Superior Court <br> 1225 Fallon Street Oakland, CA 94612 | CASE NUMBER: <br> (Número del Caso): <br> RG16831248 |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):
David R. Sidran (SBN 121063) 5145 Johnson Drive Pleasanton CA 94588 (510) 835-3400

| | | | |
|---|---|---|---|
| DATE: <br> (Fecha) SEP 15 2016 | Chad Finke | Clerk, by <br> (Secretario) | _____, Deputy <br> (Adjunto) |

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010).)

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of (specify):

3. ☐ on behalf of (specify):

   under: ☐ CCP 416.10 (corporation)  ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)

   ☐ other (specify):
4. ☐ by personal delivery on (date):

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov



PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|

**BY FAX**

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
David R. Sidran (SBN 121063)
Toschi Sidran Collins & Doyle, APC
5145 Johnson Drive
Pleasanton, CA 94588
TELEPHONE NO.: (510) 835-3400    FAX NO. (Optional): (510) 835-7800
E-MAIL ADDRESS (Optional): dsidran@toschisidran.com
ATTORNEY FOR (Name): Plaintiff, Aris Ramish

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Alameda
STREET ADDRESS: 1225 Fallon Street
MAILING ADDRESS: 1225 Fallon Street
CITY AND ZIP CODE: Oakland, CA 94612
BRANCH NAME: Rene C. Davidson Alameda County Courthouse

PLAINTIFF: Aris Ramish

DEFENDANT: Walmart, Inc.; Winchester Repeating Arms Company;
Olin Corp.

[✓] DOES 1 TO 50

COMPLAINT—Personal Injury, Property Damage, Wrongful Death
  [ ] AMENDED (Number):
Type (check all that apply):
  [ ] MOTOR VEHICLE    [ ] OTHER (specify):
    [ ] Property Damage    [ ] Wrongful Death
    [✓] Personal Injury    [ ] Other Damages (specify):

Jurisdiction (check all that apply):
  [ ] ACTION IS A LIMITED CIVIL CASE
    Amount demanded    [ ] does not exceed $10,000
                       [ ] exceeds $10,000, but does not exceed $25,000
  [✓] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
  [ ] ACTION IS RECLASSIFIED by this amended complaint
    [ ] from limited to unlimited
    [ ] from unlimited to limited

F I L E D
ALAMEDA COUNTY
SEP 15 2016
CLERK OF THE SUPERIOR COURT
By_____
                       Deputy

CASE NUMBER:
RG16831248

1. Plaintiff (name or names): Aris Ramish
   alleges causes of action against defendant (name or names):
   Walmart, Inc., Winchester Repeating Arms Company, Olin Corporation
2. This pleading, including attachments and exhibits, consists of the following number of pages: 1-4
3. Each plaintiff named above is a competent adult
   a. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor    [ ] an adult
          (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
          (b) [ ] other (specify):
      (5) [ ] other (specify):
   b. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor    [ ] an adult
          (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
          (b) [ ] other (specify):
      (5) [ ] other (specify):

   [ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

COMPLAINT—Personal Injury, Property
Damage, Wrongful Death

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

PLD-PI-001

| SHORT TITLE:<br>Ramish v. Walmart | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff *(name)*:
   is doing business under the fictitious name *(specify)*:

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ✓ except defendant *(name)*: Walmart
   (1) ✓ a business organization, form unknown
   (2) ☐ a corporation
   (3) ☐ an unincorporated entity *(describe)*:

   (4) ☐ a public entity *(describe)*:

   (5) ☐ other *(specify)*:

   c. ✓ except defendant *(name)*: Olin
   (1) ✓ a business organization, form unknown
   (2) ☐ a corporation
   (3) ☐ an unincorporated entity *(describe)*:

   (4) ☐ a public entity *(describe)*:

   (5) ☐ other *(specify)*:

   b. ✓ except defendant *(name)*: Winchester
   (1) ✓ a business organization, form unknown
   (2) ☐ a corporation
   (3) ☐ an unincorporated entity *(describe)*:

   (4) ☐ a public entity *(describe)*:

   (5) ☐ other *(specify)*:

   d. ☐ except defendant *(name)*:
   (1) ☐ a business organization, form unknown
   (2) ☐ a corporation
   (3) ☐ an unincorporated entity *(describe)*:

   (4) ☐ a public entity *(describe)*:

   (5) ☐ other *(specify)*:

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ✓ Doe defendants *(specify Doe numbers)*: 1-10 ___ were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ✓ Doe defendants *(specify Doe numbers)*: 11-50 ___ are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names)*:

8. This court is the proper court because
   a. ✓ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☐ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other *(specify)*:

9. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☐ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because *(specify)*:

COMPLAINT—Personal Injury, Property<br>Damage, Wrongful Death

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Ramish v. Walmart | |

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
   a. ☐ Motor Vehicle
   b. ☐ General Negligence
   c. ☐ Intentional Tort
   d. ☑ Products Liability
   e. ☐ Premises Liability
   f. ☐ Other *(specify):*

11. Plaintiff has suffered
   a. ☑ wage loss
   b. ☐ loss of use of property
   c. ☑ hospital and medical expenses
   d. ☑ general damage
   e. ☐ property damage
   f. ☑ loss of earning capacity
   g. ☐ other damage *(specify):*

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. ☐ listed in Attachment 12.
   b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) ☑ compensatory damages
      (2) ☐ punitive damages
      The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
      (1) ☑ according to proof
      (2) ☐ in the amount of: $

15. ☑ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*
      1, 5, 6, 8, Prod L-4

Date: September 14, 2016

David R. Sidran
_____
(TYPE OR PRINT NAME)

▶ *David R. Sidran* (signature)
_____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

PLD-PI-001(5)

| SHORT TITLE: Ramish v. Walmart | CASE NUMBER: |
|---|---|

1st _____ **CAUSE OF ACTION—Products Liability**   Page   4

(number)

ATTACHMENT TO   ☑ Complaint   ☐ Cross - Complaint
*(Use a separate cause of action form for each cause of action.)*

Plaintiff *(name):* Aris Ramish

Prod. L-1. On or about *(date):* 11/19/14 _____ plaintiff was injured by the following product:
Winchester Super X shotgun ammunition. On said date, Plaintiff was hunting using said product. The shotgun barrel exploded while using said product. The barrel explosion was caused by this defective product obstructing the shotgun barrel. Plaintiff suffered serious injuries as a result.

Prod. L-2. Each of the defendants knew the product would be purchased and used without inspection for defects.
The product was defective when it left the control of each defendant. The product at the time of injury was being

   ☑ used in the manner intended by the defendants.

   ☐ used in the manner that was reasonably foreseeable by defendants as involving a substantial danger not readily apparent. Adequate warnings of the danger were not given.

Prod. L-3. Plaintiff was a

   ☐ purchaser of the product.   ☑ user of the product.

   ☐ bystander to the use of the product.   ☐ other *(specify):*

PLAINTIFF'S INJURY WAS THE LEGAL (PROXIMATE) RESULT OF THE FOLLOWING:

Prod. L- 4.   ☑ **Count One—Strict liability** of the following defendants who
   a. ☑ manufactured or assembled the product *(names):*
      Winchester Repeating Arms Co., Olin, Inc.

         ☑ Does 11 _____ to 20 _____

   b. ☑ designed and manufactured component parts supplied to the manufacturer *(names):*
      Winchester Repeating Arms Co., Olin, Inc.

         ☑ Does 21 _____ to 30 _____

   c. ☑ sold the product to the public *(names):*

      Walmart, Inc.

         ☑ Does 31 _____ to 40 _____

Prod. L-5.   ☐ **Count Two—Negligence** of the following defendants who owed a duty to plaintiff *(names):*

         ☐ Does _____ to _____

Prod. L-6.   ☑ **Count Three—Breach of warranty** by the following defendants *(names):*
      Walmart, Inc., Winchester Repeating Arms. Co., Olin, Inc.

         ☑ Does 11 _____ to 40 _____

   a. ☑ who breached an implied warranty

   b. ☐ who breached an express warranty which was

      ☐ written   ☐ oral

Prod. L-7.   ☐ The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
      ☐ listed in Attachment-Prod. L-7   ☐ as follows:

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(5) [Rev. January 1, 2007]

**CAUSE OF ACTION—Products Liability**

Code of Civil Procedure, § 425.12
www.Jurisearch.com