UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIS RAMISH | )<br>)  Case No: 16-cv-06068-JD<br>) |
| Plaintiff(s), | )<br>)  **APPLICATION FOR** |
| v. | )  **ADMISSION OF ATTORNEY**<br>)  **PRO HAC VICE** |
| WALMART, INC., et al. | )  (CIVIL LOCAL RULE 11-3)<br>) |
| Defendant(s). | )<br>) |

I, Joseph H. Guffey, an active member in good standing of the bar of Missouri, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Olin Corporation and the Winchester Defendants in the above-entitled action. My local co-counsel in this case is Casey S. Clow, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Husch Blackwell LLP, 190 Carondelet Plaza, Suite 600, St. Louis, MO 63105 | Craigie, McCarthy & Clow, 540 Pacific Ave., San Francisco, CA 94133 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (314) 480-1500 | (415) 732-7788 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| joe.guffey@huschblackwell.com | casey@cmclawpartners.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: MO # 35041.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 10/28/16

Joseph H. Guffey
APPLICANT

**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Joseph H. Guffey is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 10/31/16

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

PRO HAC VICE APPLICATION & ORDER                                                                October 2012